# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 58 WM 2016
:
          Respondent :
:
:
:
          v. :
:
:
:
ZAMAR SWIFT, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2016, the Petition for Reinstatement of Right to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122(B). Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.